UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO A. THOMPSON,

               Plaintiff,

      -against-

NISSAN NORTH AMERICA
INCORPORATED, *et al.*,

             Defendants.

20-CV-8599 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 5, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 5, 2021
         New York, New York

                        COLLEEN McMAHON
                   Chief United States District Judge